IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL A. BROSEY,** | : Civ. No. 1:21-CV-1632 |
| **Plaintiff,** | : |
| v. | : |
| **TREE SERVICE PROS, LLC** | : |
| **D/B/A TREE SERVICE PROS,** | : |
| **Defendant.** | : Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 27th day of July, 2022, upon consideration of the motion to dismiss for failure to state a claim filed by Defendant Tree Service Pros, LLC (Doc. 22) and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

I. The motion is **DENIED** as to Plaintiff's claims for breach of contract, violation of the Fair Labor Standards Act, violation of the Pennsylvania Minimum Wage Act, and violation of the Pennsylvania Wage Payment and Collection Law; and

II. The motion is **GRANTED** as to Plaintiff's claim for common law wrongful discharge, which is **DISMISSED WITH PREJUDICE.**

*/s/ Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge